UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HINSON, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:17-cv-573 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| KEVIN YATES, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has concluded that it lacks subject-matter jurisdiction over this action and has dismissed the claims without prejudice. Because there are no pending claims, as required by Rule 58 of the Federal Rule of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 30, 2017 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge